FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 1 2 2021

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. **21-258 JB** |
| vs. | ) Counts 1 and 2: 18 U.S.C. §§ 1153, 2241(c), and 2246(2)(D): Aggravated Sexual Abuse. |
| **EMERSON PINTO,** | ) |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges:

Count 1

Between on or about September 1, 2009 and on or about October 31, 2009, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **EMERSON PINTO**, an Indian, unlawfully and knowingly engaged in and attempted to engage in a sexual act with Jane Doe 1, a child who had not then attained the age of twelve years, and the sexual act consisted of the defendant intentionally touching Jane Doe 1's genitalia directly, not through clothing, with the intent to abuse, humiliate, harass, degrade, arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2241(c), and 2246(2)(D).

Count 2

Between on or about September 1, 2009 and on or about October 31, 2009, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **EMERSON PINTO**, an Indian, unlawfully and knowingly engaged in and attempted to engage in a sexual act with Jane Doe 2, a child who had not then attained the age of twelve years, and the sexual act

consisted of the defendant intentionally touching Jane Doe 2's genitalia directly, not through clothing, with the intent to abuse, humiliate, harass, degrade, arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2241(c), and 2246(2)(D).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney